IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

LENARD HARRIS,

    Plaintiff,

v.

AL ST. LAWRENCE,

    Defendant.

CASE NOS. CV410-215
MC410-021

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, the 28 U.S.C. § 2254 Petition is **DISMISSED WITH PREJUDICE**. The **Clerk of Court** is **DIRECTED** to close this case. As detailed in the report and recommendation, Plaintiff is **WARNED** that his continuous abuse of the judicial process may result in his being found in contempt of court, which could result in the imposition of monetary penalties.

SO ORDERED this 25th day of October 2010.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA